IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AMERISURE MUTUAL ) | |
| INSURANCE COMPANY and ) | |
| AMERISURE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:06cv1047-MHT |
| ) |     (WO) |
| PARAGON CONSTRUCTION ) | |
| & DEVELOPMENT, INC., ) | |
| MARTINIQUE CONDOMINIUM ) | |
| ASSOCIATION, SOUTHERN FLOOR ) | |
| SYSTEMS, and MARTINIQUE ) | |
| DEVELOPERS, LLC., ) | |
| ) | |
|     Defendants. ) | |

### ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER of the court as follows:

(1) The motion to dismiss filed by defendant Paragon Construction & Development, Inc. (Doc. No. 14) is denied.

(2) The alternative motion to stay filed by defendant Paragon Construction & Development, Inc. (Doc. No. 14) is granted.

(3) The proceedings in this case are stayed until further order of this court.

(4) On the first Wednesday of January and the first Wednesday of July 2008, and on these days in the years that follow, the parties are to file a joint report on the status of the parallel state lawsuit, <u>Paragon Constr. and Dev., Inc. v. Amerisure Mutual Ins. Co.</u>, CV-06-3127 (Cir. Ct. of Baldwin County, Ala. filed Dec. 14, 2006).

The clerk of the court is DIRECTED to close this case administratively.

DONE, this the 28th day of September, 2007.

                          /s/ Myron H. Thompson  
                        **UNITED STATES DISTRICT JUDGE**